Case 2:21-cr-00242-MWF Document 1 Filed 05/18/21 Page 1 of 6 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
05/18/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO OSORIO,<br><br>    Defendant. | CR 2:21-cr-00242-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 912: False Impersonation of a Federal Officer and Employee; 18 U.S.C. § 506(a)(3): Possession of Fraudulent Seals of Departments and Agencies of the United States; 18 U.S.C. § 1017: Wrongful Use and Transfer of Documents Bearing Fraudulent Government Seals; 18 U.S.C. §§ 492, 981(a)(1)(C), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 912]

From on or about August 27, 2018 to on or about November 23, 2018, in Los Angeles County, within the Central District of California, defendant FRANCISCO OSORIO falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, an employee of the United States National Archives and Records

Administration ("NARA"), knowing that he was not, in fact, an officer and employee of NARA or the United States, and:

    1.    Acted as such by, among other things, (a) asserting federal ownership and control of a parcel of real property in La Mirada, California, (b) asserting federal jurisdiction to interfere with an investigation and actions of the California Highway Patrol, and (c) posting what purported to be official government notices warning against trespassing on federal property; and

    2.    In such pretended character, demanded and obtained a thing of value, namely, control of real property located in La Mirada, California.

COUNT TWO

[18 U.S.C. § 506(a)(3)]

From on or about August 27, 2018 to on or about November 23, 2018, in Los Angeles County, within the Central District of California, defendant FRANCISCO OSORIO, with fraudulent intent, possessed a counterfeit and fraudulently made seal of a department and agency of the United States and facsimile thereof, namely, signage on a white Nissan Rogue vehicle bearing the seal of the United States National Archives and Records Administration ("NARA"), purporting to be issued by NARA, knowing that the NARA seal was counterfeited and fraudulently made.

|   |   |
|---|---|
| 1 | COUNT THREE |
| 2 | [18 U.S.C. § 1017] |
| 3 | From on or about August 27, 2018 to on or about November 23, |

From on or about August 27, 2018 to on or about November 23, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant FRANCISCO OSORIO fraudulently and wrongfully used and transferred to another a certificate, instrument, commission, document, and paper, to which and upon which the seal of a department and agency of the United States, namely, the United States National Archives and Records Administration, had been fraudulently affixed and impressed, with knowledge of its fraudulent character.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 492 and 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 492 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in Count Two of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to such offense;

    (b)  All right, title, and interest in any and all counterfeits, articles, devices, and other things made, possessed, or used in such offense, or any material or apparatus used or fitted or intended to be used in the making of such counterfeits, articles, devices, or things; and

    (c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred,

sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section